UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____
Civ. File No. 10-cv-01353 (JNE/JSM)

RICHARD FRIESE and ALLAN STORK, as Trustees
of the South Central Minnesota Electrical Workers'
Family Health Plan; RICHARD FRIESE and
ALLAN STORK as Trustees of the South Central
Minnesota Electrical Workers' Retirement and 401(k)
Plan; RICHARD FRIESE and ALLAN STORK, as
Trustees of the South Central Minnesota Joint
Apprenticeship Committee for the Electrical Industry
Trust Fund; RICHARD FRIESE and
ALLAN STORK as Trustees of the South Central
Minnesota Electrical Workers' Vacation and Holiday Plan,
and each of their successors,

          Plaintiffs,

**ORDER**

POLACHEK ELECTRIC, INC. and
DAVID POLACHEK,

          Defendants.
_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 6, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.     Plaintiffs' Motion for Entry of Judgment is hereby GRANTED.

2. The Clerk of Court is directed to enter judgment in the amount of $5,813.75 against Defendants Polacheck Electric, Inc. and David Polachek, jointly and severally and in favor of the Plaintiffs for outstanding liquidated damages for the period of January, 2010 through March, 2010 and the first week of April, 2010 and for Plaintiffs' reasonable attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**11-15-2010  s/Joan N. Ericksen**

JOAN N. ERICKSEN
United States District Judge